IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WANDA JO IRWIN, INDIVIDUALLY
AND ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF BRADFORD
IRWIN                                                                                                    PLAINTIFF

VERSUS                                                         CIVIL ACTION NO. 2:06CV141-P-A

UNITED STATES OF AMERICA                                                                    DEFENDANT

## FINAL JUDGMENT

This cause came on for hearing on defendant's Supplemental Motion to Dismiss Or, In the Alternative, for Summary Judgment [30]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered contemporaneously herewith, the Court finds that the defendant's Motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion to Dismiss Or, In the Alternative, for Summary Judgment [30] is well-taken and should be, and hereby is, GRANTED. This cause is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

This, the 12th day of September, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE